1  MAYER BROWN LLP
   JOHN NADOLENCO, SBN 188128
2  jnadolenco@mayerbrown.com
   STEVEN E. RICH, SBN 198412
3  srich@mayerbrown.com
   NOAH B. STEINSAPIR, SBN 252715
4  nsteinsapir@mayerbrown.com
   350 South Grand Avenue, 25th Floor
5  Los Angeles, CA  90071-1503
   Telephone:   (213) 229-9500
6  Facsimile:    (213) 625-0248

7  Attorneys for Defendant
   CITIBANK, N.A., AS TRUSTEE FOR
8  CERTIFICATE HOLDERS OF
   STRUCTURED ASSET MORTGAGE
9  INVESTMENTS II TRUST 2007-AR5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNEL CONSTANTINO FRANCISCO and JANETH FRANCISCO, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, NA AS TRUSTEE FOR CERTIFICATE HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007 AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto and, does, 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01195-MCE-DAD<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER TO CONTINUE DATE TO RESPOND TO COMPLAINT** |

# ORDER

Good cause having been shown in the *Ex Parte* Application For An Order To Continue Date To Respond to Complaint by Citibank, N.A., as Trustee for Certificate Holders of Structured Asset Mortgage Investments II Trust 2007-AR5, IT IS HEREBY ORDERED THAT:

(1) The ex parte application is GRANTED; and

(2) The time for Citibank, N.A., as Trustee for Certificate Holders of Structured Asset Mortgage Investments II Trust 2007-AR5 to move, answer or otherwise respond to the Complaint is extended to and includes August 5, 2013.

**IT IS SO ORDERED.**

**Dated: July 18, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT