1  JULIE A. KOLE, CASB No. 203681
   JESSICA LUHRS, CASB No. 284846
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  450 Pacific Avenue
   San Francisco, California  94133
4  Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
5
   ATTORNEY FOR DEFENDANT
6  SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY-IN-FACT FOR WILMINGTON
   TRUST COMPANY, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE
7  BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE
   INVESTMENTS II TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
8  2007-AR5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNEL CONSTANTINO FRANCISCO and JANETH FRANCISCO, individuals,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITIBANK, NA AS TRUSTEE FOR CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007_AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR5 and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiffs' title, or any cloud on Plaintiffs' title thereto and, does 1 through 100, inclusive,<br><br>           Defendants. | Case No. 2:13-cv-01195-MCE-DAD<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND** |

WHEREAS, on June 13, 2013, Plaintiffs ARNEL CONSTANTINO FRANCISCO and JANETH FRANCISCO ("Plaintiffs") filed a Complaint in the above-referenced Court, and Defendant SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY-IN-FACT FOR WILMINGTON TRUST COMPANY, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE

INVESTMENTS II TRUST 2007-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR5 ("Defendant") filed a Motion to Dismiss the Complaint on August 5, 2013;

WHEREAS, on September 24, 2013, this Court issued an Order granting Defendant's Motion to Dismiss, and stating that if Plaintiffs did not file an amended complaint by October 25, 2013, their Complaint would be dismissed without leave to amend; and

WHEREAS, as of the date of this Order, Plaintiffs have not filed an amended complaint.

NOW THEREFORE, IT IS HEREBY ORDERED that [

1. Plaintiffs' Complaint is Dismissed without leave to amend; and

2. The Clerk of the Court is directed to close this case.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT